UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Sawgrass East HOA, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Security SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, MS Transverse Specialty Insurance Company f/k/a Transverse Specialty Insurance Company, and Sedgwick Claims Management Services, Inc., <br><br>    Defendants. | Civil Action No. 4:24-cv-3502-JD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sawgrass East HOA, Inc. and Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. AMR-52013-07 ("Underwriters") (improperly named in the Complaint as "Certain Underwriters at Lloyd's, London"), Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE (improperly named in the Complaint as "HDI Global Security SE"), Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, MS Transverse Specialty Insurance Company f/k/a Transverse Specialty Insurance Company, and Sedgwick Claims Management Services, Inc. (collectively, "Defendants"), by and through undersigned counsel, hereby stipulate and agree to

the dismissal with prejudice of this entire action, including all claims which were or may have been brought against one another in this action, with each party to bear its own attorney's fees and costs.

Dated this 13th day of December, 2024.    PHELPS DUNBAR LLP

            By:  /s/ *Anna P. Cathcart*
                  Anna Cathcart (Bar No.: 103529)
                  D.S.C. Bar No.: 13075
                  4141 Parklake Avenue, Suite 530
                  Raleigh, North Carolina 27612
                  Telephone:  919-789-5300
                  Facsimile:  919-789-5301
                  E-mail:  anna.cathcart@phelps.com

*Attorney for Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. AMR-52013-07, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company,* MS *Transverse Specialty Insurance Company f/k/a Transverse Specialty Insurance Company, and Sedgwick Claims Management Services, Inc.,*

- 2 -

SEIBELS LAW FIRM, P.A.

By:   */s/ Christie Companion Varnado*
     Christie Companion Varnado
     DSC Fed. Bar # 6008
     cvarnado@seibelsfirm.com
     38 Broad Street, Suite 200
     Charleston, SC 29401
     843.722.6777
     843.722.6781 Fax

     *Attorney for Sedgwick Claims Management Services, Inc.*


By:   */s/ Brittany N. Conner*
     Brittany N. Conner
     S.C. Bar No. 103872
     DEVORE, ACTON and STAFFORD, P.A.
     438 Queens Road,
     Charlotte, North Carolina 28207
     Tel: 704-377-5242
     Fax: 704-332-2825

     *Attorney For Plaintiff Sawgrass East HOA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Stipulation of Dismissal was filed on December 13, 2024, using the Court's CM/ECF system and served upon the following party via electronic means by consent:

Brittany N. Conner
DEVORE, ACTON and STAFFORD, P.A.
438 Queens Road
Charlotte, North Carolina 28207

*Attorney for Plaintiff Sawgrass East HOA, Inc*

                                                  Respectfully submitted,

By:   */s/ Anna P. Cathcart*
        Anna Cathcart
        Phelps Dunbar LLP
        4141 Parklake Avenue, Suite 530
        Raleigh, North Carolina 27612 Raleigh,
        North Carolina 27612
        Telephone:    919-789-5300
        Facsimile:    919-789-5301
        E-mail:    anna.cathcart@phelps.com